```
 1
 2
 3
 4
 5
 6
 7
 8                      UNITED STATES DISTRICT COURT
 9                    SOUTHERN DISTRICT OF CALIFORNIA
10  UNITED STATES OF AMERICA,      )   Case No. 13CR1302-L
                                   )
11                 Plaintiff,      )
                                   )
12       v.                        )   ORDER AND JUDGMENT OF DISMISSAL
                                   )   OF INDICTMENT
13                                 )
                                   )
14  ABRAHAM JUAREZ-FRANCO          )
    aka Miguel Vasquez-Rodriguez,  )
15                                 )
                   Defendant.      )
16  _____ )
```

17      Upon application of the United States Attorney, and good cause
18 appearing therefrom,

19      IT IS HEREBY ORDERED that the Indictment charging Defendant
20 Abraham Juarez-Franco aka Miguel Vasquez-Rodriguez with one count of
21 Removed Alien Found in the United States, in violation of Title 8,
22 United States Code, Section 1326(a), be dismissed without prejudice
23 and in the interest of justice.

24      DATED: <u>APRIL 16, 2013</u>.

25

26                              _____
                                HONORABLE BERNARD G. SKOMAL
27                              United States Magistrate Judge

28